BARRY T. PONTOLILLO *v.* JEAN MARCEL
(AC 27221)

Schaller, Gruendel and Lavine, Js.

Argued September 28—officially released October 24, 2006

Per Curiam. The judgment is affirmed.

ALEXANDER CRAWFORD *v.* COMMISSIONER OF
MOTOR VEHICLES
(AC 26890)

Bishop, DiPentima and Foti, Js.

Argued October 12—officially released November 7, 2006

Per Curiam. The judgment is affirmed.

MICHAEL INZITARI *v.* COMMISSIONER OF
CORRECTION
(AC 26904)

Bishop, McLachlan and Gruendel, Js.

Argued October 16—officially released November 7, 2006

Per Curiam. The appeal is dismissed.